UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DICIE FREY,

    **Plaintiff,**

v.

DAVID L. PIERCY et al,

    **Defendants.**        No. 12-cv-870-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 10, 2014, this case is **DISMISSED** with prejudice.

    JUSTINE FLANAGAN,
    ACTING CLERK OF COURT


BY:    /s/*Caitlin Fischer*
    **Deputy Clerk**

Dated: June 17, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.17
17:34:32 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT